SAMUEL WEISS, Appellant, v. WILLIAM LANGBEIN, EDWARD LANGBEIN and EMIL LANGBEIN, Copartners Doing Business under the Firm Name and Style of WM. LANGBEIN & BROS., Respondents.— Action to obtain a permanent injunction restraining the defendants from the continued use of a certain drop-hammer operated by them in their factory at 159 Willoughby street, Brooklyn, and for the recovery of the alleged resultant damages to the plaintiff, a physician, whose neighboring premises, including his office, are at 167 Willoughby street. Judgment in favor of the defendants dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

## (April 26, 1939.)

In the Matter of the Application of JOHN HENRY SEMBOWER for Admission to Practice as an Attorney and Counselor at Law. (From the State of North Carolina.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOSEPH B. SULLIVAN for Admission to Practice as an Attorney and Counselor at Law. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of GEORGE T. WATTS for Admission to Practice as an Attorney and Counselor at Law. (From the State of Montana.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.